No. 78–194. CHAMPION OIL CO., INC. v. HERBERT, COMMISSIONER, DEPARTMENT OF NATURAL RESOURCES OF ALASKA, ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 78–209. FRENCH v. UNITED STATES;
No. 78–5203. BOEHM v. UNITED STATES; and
No. 78–5204. PAYNE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–216. UNITED STATES INDEPENDENT TELEPHONE ASSN. v. MCI TELECOMMUNICATIONS CORP. ET AL.;
No. 78–217. AMERICAN TELEPHONE & TELEGRAPH CO. v. MCI TELECOMMUNICATIONS CORP. ET AL.; and
No. 78–270. FEDERAL COMMUNICATIONS COMMISSION v. MCI TELECOMMUNICATIONS CORP. ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 188 U. S. App. D. C. 327, 580 F. 2d 590.

No. 78–231. HARPER v. FELDMAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–234. NIEDERBERGER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–241. ARPEJA-CALIFORNIA, INC. v. COHANE. Ct. App. D. C. Certiorari denied.

No. 78–242. ANDERSON ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–258. MEHTA v. GUILLEMIN. C. A. 9th Cir. Certiorari denied.

No. 78–279. PILUSO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.